No. 137.  STIMSON ET AL. *v.* UNITED ADVERTISING CORP.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit

denied. *Messrs. John H. Bruninga* and *John H. Sutherland* for petitioners. *Mr. George L. Wilkinson* for respondent.